[Cite as *01/17/2003 Case Announcements #2,* 2003-Ohio-188.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*January 17, 2003*

## DISCIPLINARY CASES

**2002–1136.   Disciplinary Counsel v. Ames.**

Upon consideration of the joint motion to supplement the record in this case,

IT IS ORDERED by the court that the motion be, and hereby is, granted.

IT IS FURTHER ORDERED that the parties shall file the supplement to the record within seven days of the date of this entry.

Cook, J., not participating.